# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146881

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

LLOYD VINCENT BODIFORD,
          Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146881
COA: 308823
Saginaw CC: 10-034249-FH

_____/

      On order of the Court, the application for leave to appeal the January 24, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013

t0617

Clerk